AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

NOV 17 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Heather MORROW | ) 3:25-mj- 305 -DCK |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 16, 2025__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 111(a)(1) | Felony Assault, Resist, and Impede a Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Gregory, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/17/2025__

_____
*Judge's signature*

City and state: __Charlotte, North Carolina__   The Hon. David C. Keesler, U.S. Magistrate Judge
*Printed name and title*